UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

KEENEN HUDSON                                                                                               PLAINTIFF

V.                                         No. 2:21-CV-46-LPR-JTR

JEREMIAH RICHARDSON,
CID, Investigator, *et al*.                                                                            DEFENDANTS

## ORDER

The Court has received a Partial Recommended Disposition from Magistrate Judge J. Thomas Ray. No objections have been filed, and the time to do so has now passed. After a careful and *de novo* review of the Recommendation and the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

For screening purposes only, Hudson is allowed to proceed with his inadequate medical care claims against Richardson and Snyder. Hudson's claims against Wright for supervisory liability and for failure to follow jail policy are dismissed without prejudice.

IT IS SO ORDERED this 18th day of April, 2022.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE