# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

KEENEN HUDSON                                                                    PLAINTIFF

V.                                        No. 2:21-CV-46-JTR

JEREMIAH RICHARD, CID,
Investigator; and PATRICIA SNYDER,
Guard, Jail Administrator *et al.*                                              DEFENDANTS

## ORDER[1]

Plaintiff Keenen Hudson ("Hudson") has not complied with the Court's June 14, 2023 Order directing him to file a notice of his current mailing address, and the time to do so has expired. *Doc. 34*. Importantly, the Court cautioned Hudson that if he failed to comply with the June 14 Order, his case would be dismissed, without prejudice, pursuant to Local Rule 5.5(c)(2). *Id.*

IT IS THEREFORE ORDERED THAT:

1. This case is dismissed without prejudice due to lack of prosecution. Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2).

2. Defendant Patricia Snyder's Motion for Summary Judgment for Failure to Exhaust Administrative Remedies (*Doc. 25*) is DENIED, as moot.

---

[1] By consent of the parties, this case was referred to a United States Magistrate Judge to conduct all proceedings and order the entry of final judgment in accordance with 28 U.S.C. § 636(c) and Federal Rules of Civil Procedure 73. *Doc. 28*.

3.      It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith.

SO ORDERED this 21st day of July, 2023.

                                                        _____
                                                      UNITED STATES MAGISTRATE JUDGE