# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

KEENEN HUDSON                                                         PLAINTIFF

V.                              No. 2:21-CV-46-JTR

JEREMIAH RICHARD, CID,
Investigator; and PATRICIA SNYDER,
Guard, Jail Administrator *et al.*                                    DEFENDANTS

## JUDGMENT

Consistent with the Order entered separately today, this case is dismissed, without prejudice. All relief sought is denied, and the case is closed.

DATED this 21st day of July, 2023.

_____
UNITED STATES MAGISTRATE JUDGE